IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM A. COLLINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1684 |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on August 13, 2008 and has made a *de novo* determination of the Magistrate Judge's recommended disposition, considering the objections filed by the plaintiff and the defendant's response to those objections. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). No objections have been filed. This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. Because the Administrative Law Judge's decision to deny benefits was supported by substantial evidence and rendered in accordance with the law governing his claim, the plaintiff's motion for summary judgment is denied and the defendant's motion for summary judgment is granted. Final judgment is entered by separate order.

SIGNED on September 16, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge